# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., et al.,[1]<br><br><div align="right">Debtors.</div> | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>CRANE WORKS, INC.<br><br><div align="center">Defendant.</div> | CIVIL ACTION NO. 04-CV-729 (KAJ) |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the above-captioned Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the above-captioned Defendant, Crane Works, Inc., that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1]  NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

Dated:  October 17, 2005

LOWENSTEIN SANDLER PC
Paul Kizel, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone (973) 597-2500

-and-

THE BAYARD FIRM

Neil B. Glassman, Esq. (No. 2087)
Ashley B. Stitzer, Esq. (No. 3891)
Mary E. Augustine, Esq. (No. 4477)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899
Telephone (302) 655-5000

Co-Counsel for Perry Mandarino, not
personally, but as Trustee for the
NationsRent Unsecured Creditor's
Liquidating Trust

MORRIS, JAMES, HITCHENS &
WILLIAMS LLP

Brett D. Fallon, Esq. (No. 2480)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899
Telephone:  302-888-6888
Attorneys for Crane Works, Inc.

## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 17th day of October, 2005, I caused

a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below

in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Brett D. Fallon, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

                                                                               _____
                                              Mary E. Augustine (No. 4477)